1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
9  AT TACOMA
10

11 | JOHN ROBERT DEMOS, JR, | CASE NO. 3:22-cv-05539-DGE
   |                       |
12 |         Plaintiff,    | ORDER ADOPTING REPORT AND
   |     v.                | RECOMMENDATION
13 |                       |
   | WASHINGTON STATE DEPARTMENT |
14 | OF CORRECTIONS et al.,|
   |                       |
15 |         Defendant.    |

16
        Having reviewed the Report and Recommendation of Chief Magistrate Judge J. Richard
17
   Creatura, any objections or responses to that, and the remaining record, the Court finds and
18
   ORDERS:
19
        (1)   The Court ADOPTS the Report and Recommendation (Dkt. No. 5.)
20
        (2)   The matter is DISMISSED WITHOUT PREJUDICE, and the case is CLOSED.
21
        (3)   Plaintiff's in forma pauperis application (Dkt. No. 1) is DENIED as moot.
22
23
24

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Dated this 28th day of November 2022.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2